# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LINDA KABRICH,

*Plaintiff*

v.   Civil Action No. CV-12-3052-LRS

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   decided by Judge Lonny R. Suko on Cross Motions for Summary Judgment.  Defendant's Motion for Summary Judgment Dismissal is granted; Plaintiff's Cross-Motion for Summary Judgment/Motion for Certification is denied.  See Order entered at ECF No. 147.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: August 12, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb